IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONWIDE INSURANCE COMPANY, a mutual insurance company, STEVE KOZAR, SHERRY KOZAR, MICHAEL HOOTMAN and CHRISTOPHER HOOTMAN, <br><br> Plaintiffs, <br><br> v. <br><br> SHARP ELECTRONICS CORPORATION and SHARP CORPORATION, <br><br> Defendants. | Civil Action No. 04-0901 |

## ORDER OF COURT

AND NOW, this 3d day of Feb., 2005, it is hereby ORDERED, ADJUDGED and DECREED that the Motion for Summary Judgment filed by Defendants Sharp Corporation and Sharp Electronics Corporation in this matter is hereby GRANTED. All claims against Sharp Corporation and Sharp Electronics Corporation in this matter are dismissed with prejudice.

BY THE COURT,

_____ /J.